United States District Court
Southern District of Texas
**ENTERED**
April 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TYLER HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:24-cv-223 |
| | § | |
| GALVESTON COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the court's memorandum opinion and order, Dkt. 22, entered in this case granting the defendants' motions to dismiss, Dkts. 7, 8, 9, it is ordered that this case is dismissed without prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 4th day of April, 2025.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE